**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6313

VINCENT ELLIOT WILSON,

Plaintiff - Appellant,

v.

BETH ARTHUR; CORIZON HEALTH; MEDIKO CORRECTIONAL HEALTHCARE

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, J., District Judge.  (3:23-cv-00082-DJN-MRC)

Submitted:  July 18, 2023                    Decided: November 14, 2023

Before RUSHING and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vincent Elliot Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Elliot Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wilson v. Arthur*, No. 3:23-cv-00082-DJN-MRC (E.D. Va. Mar. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*